IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RANDY WILSON**                                                                **PLAINTIFF**

v.                                                                            No. 4:21CV67-GHD-RP

**M.D.O.C., ET AL.**                                                      **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day:

(1) The motion by the defendants for summary judgment is **GRANTED;**

(2) **Nurse Rease, Timothy Morris, Burl Cain, and David Honeycutt** are **DISMISSED** with prejudice from this suit for failure to state a claim against them upon which relief could be granted;

(3) **Inmates James Carter and "Money G"** are **DISMISSED** with prejudice from this suit, as they are not state actors and are not amenable to suit under 42 U.S.C. § 1983;

(4) **M.D.O.C. and the State defendants in their official capacities** are **DISMISSED** with prejudice from this case, as they are cloaked in sovereign immunity under the Eleventh Amendment of the United States Constitution, and, in the alternative;

(5) This case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 25th day of January, 2023.

_____
SENIOR U.S. DISTRICT JUDGE